**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 30, 2011.**



_____
H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 11-11925-hcm |
| | § | |
| THINK3 INC., | § | CHAPTER 15 |
| | § | |
| Debtor In A Foreign Proceeding. | § | |

**ORDER SETTING HEARING ON WITHDRAWAL OF CHAPTER 15
PETITION AND DISMISSAL OF CHAPTER 15 CASE AND NOTICE THEREOF**

On August 29, 2011, Dr. Andrea Ferri, in his capacity as Trustee and putative foreign representative ("Italian Trustee") of Think3 Inc. filed a Notice of Withdrawal of Chapter 15 Petition and Request for Recognition ("Notice of Withdrawal of Chapter 15 Petition") in the above referenced case under Chapter 15 of the Bankruptcy Code ("Chapter 15 Case"). The Court has previously set a hearing on the Chapter 15 Petition For Recognition filed by the Italian Trustee for September 8, 2011. On August 30, 2011, the Court conducted a status hearing on the Notice of Withdrawal of Chapter 15 Petition, and respective counsel for the Italian Trustee, Think3 Inc., as debtor in the Chapter 11 case no. 11-11252 ("Debtor"), Versata, and the U.S. Trustee appeared. After considering the arguments and statements of counsel and the Notice of Withdrawal of Chapter 15 Petition, the Court finds that the following Order should be entered.

ACCORDINGLY, IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AND **NOTICE IS HEREBY GIVEN** that:

1. On <u>September 8, 2011</u> at 9:00 a.m. (CT), in the United States Bankruptcy Court,

1

Courtroom #2, 903 San Jacinto Blvd, Austin, Texas, USA 78701, the Court shall conduct a hearing on the Notice of Withdrawal of Chapter 15 Petition and dismissal of the Chapter 15 Case.

2. Any objections to the Notice of Withdrawal and dismissal of the Chapter 15 Case shall be filed with the Court and served upon counsel of record for the Italian Trustee, the Debtor, Versata and the U.S. Trustee by <u>September 5, 2011</u>, at 5:00 p.m. (CT).

3. Counsel for the Debtor shall provide notice of such hearing by immediately serving a copy of this Order on the Italian Trustee, counsel of record for the Italian Trustee, any party filing a notice of appearance in the Chapter 15 Case, and the Master Service list in the Chapter 11 Case, by email to the extent possible, and otherwise by mail.

4. The foregoing notice of hearing shall constitute notice as is adequate under the particular circumstances, and complies in all respects with Rules 1017(a), 2002 and any other applicable Rules of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"). To the extent necessary, the time period for providing notice of the hearing is hereby reduced under Bankruptcy Rule 9006(c) for cause.

# # #